# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

DOMINIQUE DEWAYNE GULLEY-FERNANDEZ,
also known as,
Teriyaki Ariana Giselle Wilds-Ward,

        Plaintiff,

    -vs-                                       Case No. 15-CV-1353

WISCONSIN DEPARTMENT OF CORRECTIONS,
WISCONSIN SECURE PROGRAM FACILITY,
WARDEN GARY BOUGHTON,
and UNKNOWN, sued as "CO John Does 1-3,"

        Defendants.

## DECISION AND ORDER

    The *pro se* plaintiff is a Wisconsin state prisoner. The plaintiff filed this lawsuit under 42 U.S.C. § 1983 alleging that the defendants violated his civil rights. In his complaint, the plaintiff alleges that he is a transgender woman and that the defendants do not provide him with hormone therapy, have failed to protect him from sexual assault and harassment, and have discriminated against him.

    On December 3, 2015, the plaintiff filed a letter requesting that the Court dismiss this case and "have it amended" to another similar case he previously filed, *Gulley-Fernandez v. Johnson*, Case Number 15-cv-995-RTR (E.D. Wis.). In Case Number 15-cv-995, the plaintiff is proceeding on

a claim that the defendants refuse to treat his gender identity disorder. (*See* Case Number 15-cv-995-RTR, Docket No. 33.)

The claims that the plaintiff raises in this case are related to those in his Case Number 15-cv-995-RTR. The plaintiff is advised that he may file a comprehensive amended complaint in Case Number 15-cv-995, raising all of the claims from both cases, as they relate to his gender identity disorder.[1] The Court will therefore grant the plaintiff's request to dismiss this case. *See* Fed. R. Civ. P. 41(a).

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT** the plaintiff's request to dismiss this case (Dkt. No. 8) is **GRANTED**.

Dated at Milwaukee, Wisconsin, this 17th day of December, 2015.

**BY THE COURT:**

s/ William C. Griesbach
for **HON. RUDOLPH T. RANDA**
**U.S. District Judge**

---

[1] Civil Local Rule 15 provides:

(a) Any amendment to a pleading, whether filed as a matter of course or upon a motion to amend, must reproduce the entire pleading as amended, and may not incorporate any prior pleading by reference.

(b) A motion to amend a pleading must state specifically what changes are sought by the proposed amendments. The proposed amended pleading must be filed as an attachment to the motion to amend.